

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

May 23, 2023

**DELIVERED VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 18B
New York, New York 10007-1312

                Case Title:       *Anthony Ayiomamitis v. Spike Media, et al.*
                                    1:23-cv-02408-DLC
                Re:                 Request for Adjournment

Your Honor:

     This office represents Plaintiff Anthony Ayiomamitis ("Ayiomamitis"), in the above-referenced action. We write to respectfully request an adjournment of the initial pretrial conference, currently scheduled for June 9, 2023 at 2:30 p.m. per the Court's Order of March 23, 2023. (Dkt. #8).

     Our office is engaged in ongoing efforts to effect service on Defendant Spike Media ("Spike"). Spike appears to maintain offices only in Israeli company and there is very little information about the company that is publicly available, which has made effecting service difficult. In order to provide sufficient time for our office to serve Spike and ensure that an opposing counsel has been identified and fully appraised of this action before the initial pretrial conference is held, Ayiomamitis respectfully requests that the initial pretrial conference be adjourned until Friday, July 7, 2023, at 2:30 p.m. or a date and time thereafter convenient to the Court.

     Spike has not consented to this request, as they have not yet been served and no opposing counsel has yet been in contact with our office. This is Ayiomamitis' first request for an adjournment of this nature.

                                                Respectfully submitted,

                            By:     */s/ Scott Alan Burroughs*
                                     Scott Alan Burroughs
                                     DONIGER / BURROUGHS
                                     For the Plaintiff

**SO ORDERED.**

**Date:** _____                                              _____
                                                           **The Honorable Denise L. Cote**